NEW JERSEY ASSOCIATION FOR RETARDED CITIZENS, INC.
v. NEW JERSEY DEPARTMENT OF HUMAN SERVICES.

June 23, 1981.

Petition for certification granted.

ROSE K. CROWE A/K/A ROSE K. DeGIOIA v. SERGIO DeGIOIA.

June 23, 1981.

ORDERED that leave to appeal is granted; and it is further
ORDERED that *pendente lite* support is reinstated pending the
disposition of the within appeal. (See 179 *N.J.Super.* 36)

SAMUEL D. TERMEN v. THOMAS D. CROZIER.

July 7, 1981.

Petition for certification denied.

MARILYN MURRAY v. DEPARTMENT OF HUMAN SERVICES.

July 7, 1981.

Petition for certification denied. (See 177 *N.J.Super.* 467)